LODGED
CLERK, U.S. DISTRICT COURT
2/11/24
CENTRAL DISTRICT OF CALIFORNIA
BY: __CS__ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MVP REMODELING INC, et al.<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00960-CBM-KES<br><br>**[PROPOSED] ORDER GRANTING APPLICATION PERMISSION FOR ELECTRONIC FILING [DKT. ___]** |

　　　On February 11, 2024, Plaintiff filed an Application for Permission for Electronic Filing.

　　　The court, having considered Plaintiffs Application and finding good cause therefor, hereby GRANTS the Application.

　　　IT IS SO ORDERED.


Dated: _____	_____
　　　　　　　　　　　　　　　　　　　Consuelo B. Marshall
　　　　　　　　　　　　　　　　　　United States District Judge

1