# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS,

PLAINTIFF(S)

v.

MVP REMODELING, INC., ET AL.,

DEFENDANT(S)

CASE NUMBER

CV 24-960-CBM(KESx)

**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

IT IS ORDERED that the Application for Permission for Electronic Filing by    PLAINITFF:

JORGE ALEJANDRO ROJAS    is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: February 14, 2024

United States District/Magistrate Judge

☐ DENIED
*Comments:*

Dated: _____

United States District/Magistrate Judge

CV-05 Order (12/15)      ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING