Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>v.<br><br>MVP REMODELING INC, et al.,<br><br>                Defendants. | Case No. 2:24-cv-00960-CBM-KES<br><br>**NOTICE OF SETTLEMENT** |

      Plaintiff, Jorge Alejandro Rojas, provides notice that the parties have reached a settlement in this matter and are working to finalize its consummation. Plaintiff anticipates filing a notice of voluntary dismissal with prejudice which would dispose of this case within the next fourteen (14) calendar days. Plaintiff requests all deadlines be vacated, including responsive pleading deadlines.

      Dated: March 8, 2024

                                          */s/ Jorge Alejandro Rojas*
                                          Jorge Alejandro Rojas
                                          Rojas.jorge96@gmail.com
                                          Plaintiff in Pro Se
                                          557 Cambridge Way
                                          Bolingbrook, IL 60440
                                          (424) 219-1582

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this filing has been sent to Defendants to their counsel via e-mail, consent to do so which was obtained.

Dated: March 8, 2024

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas