Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MVP REMODELING INC, et al.,<br><br>    Defendants. | Case No. 2:24-cv-00960-CBM-KES<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action, as to all Defendants, with prejudice.

  Dated: March 17, 2024

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

/ / /

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this filing has been sent to Defendants to their counsel via e-mail, consent to do so which was obtained.

Dated: March 17, 2024

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas

-2-