UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL            JS-6

| Case No. | CV 24-0960-CBM(KESx) | Date | MARCH 27, 2024 |
|---|---|---|---|

| Title | Jorge Alejandro Rojas v. MVP Remodeling Inc et al |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and the notice of dismissal [14] this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

cc: all parties